IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO 4:22-CR-26 |
| | : | |
| KENDALL BRATCHER, | : | |
| | : | |

_____

## ORDER ON UNOPPOSED MOTION TO CORRECT MISNOMER IN THE INDICTMENT

For the reasons stated in the Government's Unopposed Motion to Correct Misnomer in the Indictment, IT IS HEREBY ORDERED that the name "Kenny" listed in the caption, Count One, and Forfeiture notice of the Indictment be changed to "Kendall". The Court notes that the purpose of the correction is to fix a misnomer, and, as such, Defendant Bratcher will not suffer any prejudice or additional burdens by granting said relief.

IT IS SO ORDERED, this 17th day of January 2023.

S/ Clay D. Land
CLAY LAND
UNITED STATES DISTRICT JUDGE